MAIDA PATTERSON and JAMES PATTERSON, Respondents, v. LEON J. SPOKANE and SYLVIA SPOKANE, Individually and Doing Business under the Assumed Name and Style of THRIFT FOOD STORE, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to examine hospital records before trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JOHN M. LITCHARD, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile bus negligence ction. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

RUSSELL T. STENZEL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile bus negligence action. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of FREDERICK GORE (a Child under the Age of Sixteen Years), Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur, except Harris, J., not voting. (The judgment of Erie County Children's Court convicts Frederick Gore of juvenile delinquency — stealing.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRANK E. WARING, Appellant, v. CITY OF ROCHESTER, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to abate a nuisance.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MARY A. DEAN, Respondent, v. FANNIE GARSON, Appellant, and ELMER KEENAN, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

AGNES R. SEWARD, Respondent, v. FANNIE GARSON, Appellant, and ELMER KEENAN, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

EDWARD D. SEWARD, Respondent, v. FANNIE GARSON, Appellant, and ELMER KEENAN, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.